**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-01576-REB

FRANCISCO DOMINGUEZ

    Applicant

v.

LOU ARCHULETA, Warden, F.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO

    Respondents

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order on Application for Writ of Habeas Corpus** (ECF No. 25) of Judge Robert E. Blackburn entered on January 13, 2015 it is

ORDERED that the **Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** (ECF No. 1) filed June 14, 2013, is denied.  This case is **DISMISSED WITH PREJUDICE.**

   Dated at Denver, Colorado this 13th day of January, 2015.

                                         FOR THE COURT:
                                         JEFFREY P. COLWELL, CLERK

                        By:  s/  A. Lowe
                                         A. Lowe
                                         Deputy Clerk